**File Hashes for IP Address 173.66.207.187**

**ISP:** Verizon Online, LLC
**Physical Location:** Germantown, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/23/2015 16:30:09 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

MD443